UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-7-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO ANTONIO HERRERA-ROBLES<br>a/k/a "Marco Antonio Herrera-Rubles" | MOTION TO UNSEAL |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Honorable Court for an order unsealing the above-referenced matter.

In support thereof, the United States shows unto the Court that, after consulting with the investigative agency in this case, the unsealing of this matter may facilitate and expedite the arrest or self-surrender of the defendant. Thus, there is no further need to maintain this matter under seal.

WHEREFORE, the Government moves for an Order unsealing the instant case.

Respectfully submitted, this 16th day of March 2021.

G. NORMAN ACKER, III
Acting United States Attorney

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
Fax (919) 856-4487
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775