UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-7-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MARCO ANTONIO HERRERA-ROBLES a/k/a "Marco Antonio Herrera-Rubles" | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the above-referenced matter be unsealed.

This the 17 day of March 2021.

JAMES C. DEVER III
United States District Judge