# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

**IN THE UNITED STATES** ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify Below)*

**IN THE CASE OF**

| | | | |
|---|---|---|---|
| US | V. | Herrera-Robles | |

FOR

LOCATION NUMBER

**PERSON REPRESENTED** *(Show your full name)*

Marco Herrera-Robles

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

**DOCKET NUMBERS**
Magistrate Judge
26 mj 694
District Court

Court of Appeals

**CHARGE/OFFENSE** *(Describe if applicable & check box→)*  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **INCOME & ASSETS** | **EMPLOYMENT** | Do you have a job? ☑ Yes ☐ No<br>**IF YES,** how much do you earn per month? $2,000<br>Will you still have a job after this arrest? ☑ Yes ☐ No ☐ Unknown |
| | **PROPERTY** | Do you own any of the following, and if so, what is it worth?<br><br>**APPROXIMATE VALUE** — **DESCRIPTION & AMOUNT OWED**<br>Home $ _____<br>Car/Truck/Vehicle $ 6,000 — two cars<br>Boat $ _____<br>Stocks/bonds $ _____<br>Other property $ _____ |
| | **CASH & BANK ACCOUNTS** | Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No<br>**IF YES,** give the total approximate amount after monthly expenses $ 800 |

How many people do you financially support? 4

| | BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|---|
| **OBLIGATIONS, EXPENSES, & DEBTS** | Housing | $ 1,000 | $ |
| | Groceries | $ 400 | $ |
| | Medical expenses | $ | $ |
| | Utilities | $ 500 | $ |
| | Credit cards | $ | $ |
| | Car/Truck/Vehicle | $ | $ |
| | Childcare | $ | $ |
| | Child support | $ | $ |
| | Insurance | $ 200 | $ |
| | Loans | $ | $ |
| | Fines | $ | $ |
| | Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

Marcus Antonio Herrera

**SIGNATURE OF DEFENDANT**
**(OR PERSON SEEKING REPRESENTATION)**

6/26/26
Date