UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-7-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO ANTONIO HERRERA-ROBLES | UNOPPOSED<br>MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE AND CONTINUE ARRAIGNMENT |

The defendant, Marco Antonio Herrera-Robles, by and through counsel, respectfully moves the Court to extend the deadline to file pre-trial motions until September 21, 2026, and to continue the arraignment and trial currently scheduled for the September 14, 2026, term of court for at least thirty (30) days, to the Court's October 2026 term. The following is offered in support of this request:

1. Mr. Herrera-Robles was named in a single-count Indictment filed on January 6, 2021, charging him with false statement and claim of United States citizenship in order to register to vote, in violation of 18 U.S.C. 1015(f), (D.E. 1).
2. The Office of the Federal Public Defender was appointed to represent Mr. Herrera-Robles on July 22, 2026, (D.E. 12). Defense counsel entered his Notice of Appearance on July 23, 2026, (D.E. 16)
3. Arraignment in this matter is currently scheduled for the September 14, 2026, term in Raleigh,
4. One July 22, 2026, U.S. Magistrate Judge James E. Gates adopted the conditions of release imposed by the Northern District of Georgia. Pursuant to the release conditions, Mr. Herrera-Robles' travel was restricted to the Northern District of Georgia and the

Eastern District of North Carolina, (D.E. 15).

5. Undersigned counsel has become aware that Mr. Herrera-Robles has since been arrested and detained by immigration officials and remains in ICE custody at a facility in Georgia. Defense counsel will be on annual leave from August 15th through 24th and will need additional time to make travel arrangements to Georgia, to speak with the client and determine the best way to proceed with the case. Given the applicable advisory guideline range, a continuance will not prejudice Mr. Herrera-Robles.
6. Moreover, the parties have been in preliminary talks to resolve this matter without the need for a jury trial. Additional time is needed to finalize the provisions of a mutually acceptable Plea Agreement. As such, defense counsel respectfully requests that the pretrial motions deadline be extended until September 21, 2026, and that the arraignment be continued for a minimum of thirty (30) days to the October 2026 term.
7. Assistant United States Attorney Brad DeVoe has indicated that he does not oppose this motion.
8. This Motion is made in good faith and not for the purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the arraignment in this matter be continued for a minimum of thirty (30) days, or to a date that the Court deems appropriate. The ends of justice served by this Motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 12th day of August, 2026.

G. ALAN DuBOIS
Federal Public Defender

***/s/ James E. Todd, Jr.***
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing was served upon:

BRADFORD M. DEVOE
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: bradford.devoe@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This, the 12th day of August, 2026.

***/s/ James E. Todd, Jr.***
JAMES E. TODD, JR.
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
201 South Evans Street, Suite 153
Greenville, North Carolina 27858
Telephone: 252-830-2620
Fax: 252-830-2232
E-mail: Jay_Todd@fd.org
N.C. State Bar No. 28832
LR 57.1 Counsel Appointed