EARM

Logged In: VRD7392A |

Person ID **11004559** Sex **M** DOB **12/27/1994** Current Age **31** COB **MEXIC** COC **MEXIC**

Subject ID : **402779379** Processing Disposition: **Other** ICE Non-Detained Portal Verified Account: **No** RCA Look-Up

Case # : 18001490 Case Category: **[2A]** Docket: ATL - DET - ICDC 000-499 Males

Final Order of Removal **No**
Final Order Date **N/A**
Proceed With Removal **N/A**
Days Final Order in Effect **N/A**

Time in Custody **19 days**
Depart / Cleared Status **ACTIVE**

Special Class



**Current / Active Alerts**

In Custody | eFile G 28 | Z Hold

## Herrera Robles, Marco Antonio 204 461 446

## Encounter Details

**3 Encounter(s) linked to Person ID: 11004559**

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 3 | 402779379 | 204461446 | HERRERA-ROBLES | MARCO | MEXIC | No Priority | 12/27/1994 | 06/26/2026 | 18001490 | 2A | Unlink |
| ○ | 2 | 367314474 | 204461446 | HERRERA ROBLES | MARCO | MEXIC | No Priority | 12/27/1994 | 11/29/2019 | 18001490 | 2A | Unlink |
| ○ | 1 | 357952459 | 204461446 | HERRERA ROBLES | MARCO | MEXIC | No Priority | 12/27/1994 | 01/21/2017 | | | Unlink |

## Encounter Details

All information below may only be edited in EAGLE

### Event / Incident Information

Event Number **ATL2606001959**
Event Occurred On: **06/26/2026**
Event Type: **Administrative Criminal Alien**
Program **INT - Intelligence**

Operation **N/A**
Site: **N/A**
Landmark: **N/A**

Primary Agent **GREGORY WALLER**
Assigned On: **06/26/2026**
Event Supervisor: **C 8595 COX**
Assigned On **06/26/2026**

### Subject Information

FINS **N/A**
DNA Collection Device Number: **N/A**
A Number **204 461 446**
Control Name **HERRERA-ROBLES**

Historical Priority **No Priority**
Criminal Type: **N/A**
Agg Felon **No Aggravated Felony Convictions**
Primary Citizenship **MEXICO**

Role **P**
Role Comment: **N/A**
Processing Disposition **Other**
INS Status **Inadmissible Alien**

First Name **MARCO**
Middle Name: **ANTONIO**
Maiden: **N/A**
Nickname **N/A**
Living?: **Y**
Sex: **M**
Marital Status **Married**
SSN **N/A**
Juvenile Verified: **N/A**
Occupation **N/A**
TSC Log # **N/A**
NUIN #: **N/A**
SEN #: **N/A**
TECS Subject # **N/A**
U.S. Veteran Status: **N**
Relationship to U.S. Veteran(s): **N/A**

Stateless Type **N/A**
Hair: **BLK**
Eyes: **BRO**
Complexion **MED**
Race: **W**
Origin: **H**
Date of Birth **12/27/1994**
Age **31**
Age at Encounter: **31**
Height **70**
Weight **220**
Speak/Understand English: **Y**
Read/Write English: **Y**
Primary Language **ENGLISH**
Family Members: **N/A**
Alien is the parent ***and also*** the primary caregiver of a minor within the United States: **No**
Related Minor(s) **N/A**
Alien is the legal guardian of a minor within the United States **No**
Related Minor(s): **N/A**
Alien is involved in active parental/child welfare proceedings of children located within the United States **No**
Related Minor(s) **N/A**

POE **HOUSTON, TX**
Entry Date: **11/27/2000**
Entry Class: **Not Applicable**
Apprehension Date **N/A**
Warrant served by Warrant Service Officer (WSO)? **N/A**
Arrest Method: **N/A**
Site **N/A**
Landmark **N/A**
Arrest At/Near: **N/A**
Juvenile Status **N/A**
CBP Family Unit ID **N/A**
CBP Separation Reason: **N/A**
Accompanying Family Member Relation: **N/A**
Accompanying Family Member Subject ID **N/A**
Consequence Delivery System Selection: **N/A**
ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 06/26/2026 02:01 PM

T OTHER NARRATIVE
ICE/ERO Atlanta Secure Communities Program ERO officers encountered HERRERA ROBLES, MARCO ANTONIO at the Robert A. Deyton Detention Facility on June 26, 2026, HERRERA ROBLES was arrested by the US Marshals Service and charged with False Statements and Claims to United States Citizenship (F). HERRERA ROBLES was booked into the Robert A. Deyton Detention Facility located at 11866 Hasting Bridge Rd, Lovejoy, GA 30250 on the above charges.

On June 26, 2026, HERRERA ROBLES was screened through the Atlanta Local Criminal Alien Program. No lawful admissions were found for HERRERA ROBLES, and no record could be found to establish that HERRERA ROBLES was lawfully present in the United States. IAFIS identified HERRERA ROBLES as a positive biometric match to FBI number 422576VE6. ICE Officer Waller made the positive identification of the alien. An Immigration Detainer - Notice of Action (I-247A) was lodged at the Robert A. Deyton Detention Facility.

On July 2, 2026, HERRERA ROBLES was arrested at the Robert A. Deyton Detention Facility and transported to the Atlanta Field Office.

HERRERA ROBLES was issued a Notice to Appear (I-862) on April 2, 2020, The NTA was received by EOIR. Subject has a current Master hearing scheduled for December 15, 2026.

204.461.446

NAME: HERRERA ROBLES, MARCO ANTONIO
DOB: [redacted]/1994
COB: Mexico

IMM STATUS: T-OTHER