Marco Antonio Herrera
[redacted]
Middlesex N.C. 27557

OF THE RETURN ADDRESS, FOLD AT

CERTIFIED M

7014 2120 0003 7

USCIS CHICAGO LOCKBOX FA
P. O. BOX 5757
CHICAGO, IL 60680-5757

0626003

A003073

TTED LINE

IL®

21 487'

UNITED STATES POSTAL SERVICE®

1000

60680

U.S. POSTAGE PAID
MIDDLESEX, NC
27557
JAN 25, 16
AMOUNT

$7.67

R2305K142725-01

.ITY

1016009980470 1902195 184225 12 L024142 012916 22:04 012916 DACA-12563