# NORTH CAROLINA VOTER REGISTRATION APPLICATION

07

Please use black ink and print legibly.

**1** Are you a citizen of the United States of America? [x] Yes [ ] No

**IF YOU CHECKED "NO" IN RESPONSE TO THIS QUESTION, DO NOT SUBMIT THIS FORM.**

Will you be at least 18 years of age on or before election day? [x] Yes [ ] No

**IF YOU CHECKED "NO" IN RESPONSE TO THIS QUESTION, DO NOT SUBMIT THIS FORM.**

**2** Last Name (Required): HERRERA RUBLES

First Name (Required): MARCO

Middle Name (Required): ANTONIO

[ ] Jr [ ] Sr [ ] II [ ] III [ ] IV [ ] V

**3** Date of Birth MMDDYYYY (Required): [redacted] 1994

State of Birth/Country of Birth: MEXICO

If you know your NC Voter Registration Number, enter it below.

If you have a NC drivers license or non-operators ID card, enter the number below. [redacted]

Enter the last 4 digits of your SSN. [redacted]

[ ] Check here if you do not have a NC drivers license, ID card, or a SSN.

**RESIDENTIAL ADDRESS INFORMATION - No P.O. Boxes or Rural Routes**

**4** Street Address where you live (Required): [redacted]

Apartment, Lot, or Unit Number:

City (Required): MIDDLESEX

State: NC

Zip Code: 27557

County: JOHNSTON

Have you lived here for 30 days or more? [ ] Yes [x] No

If "No," date moved? MMDDYYYY: 02022016

Phone (Optional): [redacted]

**MAILING ADDRESS**

**5** Mailing Address (If different from your residential address):

Mailing Address Line 2:

City: State: Zip Code:

**MAP/DIAGRAM**

If you do not have a street address, draw a map of where you reside. Please include roads and landmarks.

RECEIVED
JAN 28 2016
STATE BOARD OF ELECTIONS

**6**

| GENDER | RACE | | ETHNICITY | POLITICAL PARTY AFFILIATION | | |
|---|---|---|---|---|---|---|
| [ ] Female | [ ] African American/ Black | [ ] American Indian/ Alaska Native | [x] Hispanic/Latino | [ ] Democrat | [ ] Republican | [ ] Libertarian |
| [x] Male | [ ] Asian | [ ] Multiracial | [ ] Not Hispanic/ Latino | [x] Unaffiliated | [ ] Other ______ | |
| | [ ] White | [x] Other | | | | |

If you indicate a political party that is not currently qualified, or you do not indicate a choice, you will be listed as "Unaffiliated."

**PREVIOUS VOTER REGISTRATION** ***(This information will be used to cancel your previous voter registration in another county or state.)***

**7** Last Name used in Previous Registration:

First Name used in Previous Registration:

Previous Address:

Previous County:

Previous City:

Previous State:

Previous Zip Code:

**I attest, under penalty of perjury, that in addition to having read and understood the contents of this form, that:**

- I am a United States citizen, as indicated above;
- I am at least 18 years of age, or will be by the date of the general election;
- I shall have been a resident of North Carolina, this county, and precinct for 30 days before the election in which I intend to vote;
- I will not vote in any other county or state after submission of this form and if I am registered elsewhere, I am canceling that registration at this time; and
- I have not been convicted of a felony, or if I have been convicted of a felony, I have completed my sentence, including any probation or parole. (Citizenship and voting rights are automatically restored upon completion of the sentence. No special document is needed.)

Fraudulently or falsely completing this form is a Class I Felony under Chapter 163 of the NC General Statutes.

X Marco Antonio Herrera (signature)

Signature (Required)

Date: 1-25-16

version102013

MOISTEN, FOLD, SEAL, AND MAIL TO YOUR COUNTY BOARD OF ELECTIONS.