DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: HERRERA-ROBLES, MARCO ANTONIO

A-File Number: [redacted]

Date: 11/30/2019

Event ID: GCJ2011000444

Subject ID: 367314474

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

- [ ] Detained by the Department of Homeland Security.
- [x] Released (check all that apply):
  - [x] Under bond in the amount of $ 12,000
  - [ ] On your own recognizance.
  - [ ] Under other conditions. [Additional document(s) will be provided.]

JOHNS, M 104 (signature)
Name and Signature of Authorized Officer

11/30/2019 09:43 AM
Date and Time of Custody Determination

DDO
Title

ICE ERO Atlanta Field Office 180 TED TURNER DR SW ATLANTA, GA US 30303
Office Location/Address

You may request a review of this custody determination by an immigration judge.

- [x] I acknowledge receipt of this notification, and
  - [x] I **do** request an immigration judge review of this custody determination.
  - [ ] I **do not** request an immigration judge review of this custody determination.

Marco Herrera
Signature of Alien

11/30/19
Date

The contents of this notice were read to HERRERA-ROBLES, MARCO ANTONIO (Name of Alien) in the ENGLISH (Name of Language) language.

WHITE, D 0346 (signature)
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

DIO
Title

**U.S. DEPARTMENT OF HOMELAND SECURITY** **Warrant for Arrest of Alien**

File No. [redacted]

Date: 11/29/2019

**To:** **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that HERRERA-ROBLES, MARCO is removable from the United States. This determination is based upon:

- ☑ the execution of a charging document to initiate removal proceedings against the subject;
- ☐ the pendency of ongoing removal proceedings against the subject;
- ☐ the failure to establish admissibility subsequent to deferred inspection;
- ☑ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- ☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

(Signature of Authorized Immigration Officer)

M 104 JOHNS - DDO

(Printed Name and Title of Authorized Immigration Officer)

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at Lawrenceville, GA (Location)

on HERRERA-ROBLES, MARCO (Name of Alien) on 11/30/19 (Date of Service), and the contents of this notice were read to him or her in the ENGLISH (Language) language.

D 0346 WHITE
DIO (DW)

Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)