**U. S. Department of Justice**

***Robert J. Higdon, Jr.***
*United States Attorney*
*Eastern District of North Carolina*

*United States Attorney's Office*
*150 Fayetteville Street*
*Suite 2100*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

December 6, 2019

Marco Antonio Herrera-Robles

Via: FedEx

Dear Mr. Herrera-Robles:

This office is reviewing investigative materials prepared by Homeland Security Investigations. These reports contain allegations that you have knowledge of, and have participated in, violations of federal laws, including, but not limited to, Title 18, United States Code, Section 1015(f) (false claim of United States citizenship in order to register to vote).

Before presenting this matter for consideration by the grand jury, we would like to offer you the opportunity to discuss these allegations with us through your attorney. If you decide that you would like for your attorney to talk with us, please have him or her contact this office no later than January 6, 2020. Any questions you may have regarding this letter or other federal criminal procedures should be directed to your attorney.

If you cannot afford to hire an attorney, you may contact the Federal Public Defender's Office at the following address for assistance in obtaining a court-appointed attorney:

Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236

You will be required to complete a Financial Affidavit (Form CJA-23) to be provided to a United States Magistrate Judge in determining whether you are entitled to a court-appointed attorney.

Please take a copy of this letter to your attorney, whether one you retain or one appointed to represent you.

Sincerely,

ROBERT J. HIGDON, JR.
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant U.S. Attorney
Criminal Division

cc: United States Probation Office
Raleigh, North Carolina

Federal Public Defender
Raleigh, North Carolina

**Ship Date:** Feb 06, 2020 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

Distance Based Pricing, Zone 4

| | |
|---|---|
| Automation | INET |
| Tracking ID | 777704258418 |
| Service Type | FedEx Standard Overnight |
| Package Type | FedEx Envelope |
| Zone | 04 |
| Packages | 1 |
| Rated Weight | N/A |
| Delivered | Feb 07, 2020 11:58 |
| Svc Area | A1 |
| Signed by | M.ROBLES |
| FedEx Use | 000000000/51233/_ |

**Sender**
SA Jahaira Torrens
DHS-HSI
140 Centrewest Ct
CARY NC 27513 US

**Recipient**
Marco A Herrera Robles
[redacted]
NORCROSS GA 30093 US

| | | |
|---|---|---|
| Transportation Charge | | 4.63 |
| Fuel Surcharge | | 0.00 |
| Direct Signature | | 3.00 |
| Residential Delivery | | 1.88 |
| **Total Charge** | **USD** | **$9.51** |