UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-7-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCO ANTONIO HERRERA-ROBLES<br>a/k/a "Marco Antonio Herrera-Rubles" | )<br>)<br>)<br>)<br>) | **NOTICE OF DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Indictment in this case for the following reason:

1. On January 6, 2021, a Grand Jury in the Eastern District of North Carolina indicted the defendant on a charge of making a false statement and claim that he was a citizen of the United States in order to register to vote in violation of Title 18, United States Code, Section 1015(f).

2. After fully reviewing the evidence in this case and relevant case law, the government respectfully submits that the interests of justice no longer support proceeding on these charges against the defendant.

3. The United States seeks leave from this Court under Fed. R. Crim. Pro. 48(a) to dismiss the Indictment to further the interests of justice.

Respectfully submitted this 5th day of September, 2026.

W. ELLIS BOYLE
United States Attorney

*/s/ Bradford M. DeVoe*
BRADFORD M. DEVOE
Assistant United States Attorney
Criminal Division
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4828
E-mail: bradford.devoe@usdoj.gov
NC Bar Number: 32651

Leave of Court is granted for the filing of the foregoing dismissal.

Date: ________________ ________________________________
JAMES C. DEVER III
United States District Judge